In re Michael A. KAPLAN, Respondent.

No. 11–BG–636.

District of Columbia Court of Appeals.

Filed Oct. 6, 2011.

BEFORE: OBERLY, Associate Judge, STEADMAN and KING, Senior Judges.

## ORDER

PER CURIAM

On consideration of the certified copy of an order of the Supreme Court of New Jersey suspending respondent from the practice of law in that jurisdiction for a period of one year, all stayed in favor of a one-year probationary period, this court's June 14, 2011 order directing him to show cause why identical reciprocal discipline should not be imposed, and it appearing that respondent has failed to file a response to this court's order, and the statement of Bar Counsel regarding reciprocal discipline, it is

ORDERED that, Michael A. Kaplan, Esquire, is hereby suspended for a period of one year, all stayed in favor of a one-year probationary period subject to the conditions imposed in New Jersey.

In re Gabriel I. MARTIN, Respondent.

No. 11–BG–852.

District of Columbia Court of Appeals.

Filed Oct. 6, 2011.

BEFORE: OBERLY, Associate Judge, STEADMAN and KING, Senior Judges.

## ORDER

PER CURIAM

On consideration of the certified copy of an order of the Supreme Court of Florida suspending respondent from the practice of law in that jurisdiction for a period of three years, this court's July 28, 2011 order directing him to show cause why reciprocal discipline in the form of a three-years suspension with a condition of fitness should not be imposed, the statement of respondent consenting to reciprocal discipline, the statement of Bar Counsel regarding reciprocal discipline, and respondent's D.C. Bar Rule XI § 14(g) affidavit filed on August 29, 2011, it is

ORDERED that, Gabriel I. Martin, Esquire, is hereby suspended for a period of three years, *nunc pro tunc* to August 29, 2011.